IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO.: CR298-6 |
| v. ) | |
| ) | |
| TELLY RILEY ) | |

## ORDER

A Preliminary Revocation Hearing was scheduled for August 30, 2005, for a determination as to whether Defendant violated the terms of his supervised release as alleged. Defendant was given prior notice of the scheduled hearing and its purpose and of the alleged violation. He appeared at said hearing, with counsel, and stipulated that there is probable cause to believe that he violated the terms of his supervised release as alleged.

Accordingly, it is hereby **ORDERED** that Defendant be held for a Revocation Hearing.

SO ORDERED, this 30th day of August, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA     *

             vs.     *     CASE NO. CR298-6

TELLY RILEY     *

                          *

                          *

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2. That the aforementioned envelope(s) contain a copy of the documents known as ORDER dated 8/30/05, which is part of the official records of this case.

Date of Mailing:    8/30/05
Date of Certificate: 8/30/05

SCOTT L. POFF, CLERK

By: _____
       NITA ROSE

NAME:
1. TELLY RILEY    McIntosh County Jail    Darien, Ga.
2. Dale Jenkins
3. Brian McEvoy
4. _____
5. _____
6. _____
7. _____

Cert/Copy
- ☐ ☒ District Judge
- ☐ ☒ Magistrate Judge
- ☐ ☐ Minutes
- ☐ ☒ U.S. Probation
- ☐ ☒ U.S. Marshal
- ☐ ☐ U.S. Attorney
- ☐ ☐ JAG Office

Cert/Copy
- ☐ ☐ Dept. of Justice
- ☐ ☐ Dept. of Public Safety
- ☐ ☐ Voter Registrar
- ☐ ☐ U.S. Court of Appeals
- ☐ ☐ Nicole/Debbie
- ☐ ☐ Ray Stalvey
- ☐ ☐ Cindy Reynolds